*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08CV3301`          Assigned/Issued By: `AEE`

Judge Name: `HIBBLER`            Designated Magistrate Judge: `NOLAN`

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                       ☐ Other
☐ Writ _____           _____
      (Type of Writ)                   _____
                                       (Type of issuance)

_____ Original and _____ copies on _____ as to `DEF`._____
                                  (Date)

_____

_____