IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEMORYLINK CORP., <br> a Wisconsin Corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Case No.: 08CV3301 |
| v. | ) <br> ) | Judge Hibbler |
| | ) <br> ) | Magistrate Judge Nolan |
| MOTOROLA, INC., <br> a Delaware corporation, | ) <br> ) <br> ) <br> ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

        Pursuant to Fed. R. Civ. P. 7.1 the undersigned counsel for Memorylink Corp., Plaintiff in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.


__June 10, 2008_____            ___/s/Michael J. Femal_____
Date                                                                    Signature of Attorney or Litigant

                                                                                         Counsel for Memorylink Corp.