IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEMORYLINK CORP., a Wisconsin Corporation, ) ) ) | |
| Plaintiff, ) ) | Case No.: 08 CV 3301 |
| v. ) ) | Judge Hibbler |
| ) ) | Mag. Judge Nolan |
| MOTOROLA, INC., a Delaware corporation, ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendant. ) | |

### MEMORYLINK'S NOTICE OF CLAIMS INVOLVING PATENTS PURSUANT TO LOCAL RULE 3.4

PLEASE TAKE NOTICE that on June 10, 2008, the Plaintiff, Memorylink Corp. filed certain patent-related claims with the United States District Court for the Northern District of Illinois, Eastern Division, as more fully set forth below:

| Plaintiff | Defendant | Names(s) of Inventor(s) | Patent No. |
|---|---|---|---|
| Memorylink Corp. 36 Jewelers Park Place Neenah, WI | Motorola, Inc. 1303 E. Algonquin Rd. Schaumburg, IL | **Disputed.** Peter Strandwitz and Robert Kniskern as claimed in the Complaint Peter Strandwitz, Robert Kniskern, Gary Schultz and Jan Wyckoff as appears on the patent. | 6,522,352 |
| Memorylink Corp. 36 Jewelers Park Place Neenah, WI | Motorola, Inc. 1303 E. Algonquin Rd. Schaumburg, IL | **Disputed.** Peter Strandwitz and Robert Kniskern as claimed in the Complaint Gary Schultz and Jan Wyckoff as appears on the patent. | 6,573,938 |

                                                            Respectfully submitted,
                                                            MEMORYLINK CORP.,

                                                  By:   /s/Michael J. Femal
                                                           One of its Attorneys

{1493670:}

**ATTORNEYS FOR PLAINTIFF**
Michael J. Femal  (#0792012)
Richard Kessler  (#6183140)
Peter Berk  (#6242515)
McDonald Hopkins LLC
640 N. LaSalle Street
Suite 590
Chicago, IL 60610
312.280.0111 (phone)
312.280.8232 (Fax

{1493670:}