IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEMORYLINK CORP., a Wisconsin corporation, | : : : | |
| Plaintiff, | : : | **CASE NO: 08 CV 3301** |
| v. | : : : | Judge Hibbler Magistrate Judge Nolan |
| MOTOROLA, INC. a Delaware corporation, | : : : | |
| Defendant. | : | |

**MOTOROLA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Motorola, Inc. ("Motorola") moves for entry of the attached unopposed order extending its time respond to plaintiff Memorylink's Complaint, and in support thereof states:

1. Memorylink filed its "Complaint for Inventorship Correction and For Patent Infringement" on June 9, 2008.

2. The Complaint was served on June 11, 2008. Thus, Motorola's response would otherwise be due on July 1.

3. Memorylink has agreed to extend Motorola's time to respond to the Complaint until August 1, 2008.

WHEREFORE, Motorola respectfully requests that the Court enter the unopposed order attached as Exhibit A extending until August 1 Motorola's time to respond to the Complaint. In accordance with Judge Hibbler's Case Management Procedures, the attached order will also be sent via e-mail to Proposed_Order_Hibbler@ilnd.uscourts.gov.

                                              Respectfully submitted,

                                              <u>/s/ Mark J. Nomellini</u>
                                              Mark J. Nomellini (#6243579)
                                              KIRKLAND & ELLIS LLP
                                              200 East Randolph Drive
                                              Chicago, Illinois  60601
                                              Telephone:  312-861-2000
                                              Fax:  312-861-2200

Dated: June 23, 2008

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing Unopposed Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint was served upon the following attorneys of record by electronic mail and United States mail with postage prepaid on June 23, 2008:

>Michael J. Femal
>Richard Kessler
>Peter Berk
>McDonald Hopkins LLC
>640 N. LaSalle Street
>Suite 590
>Chicago, IL 60610

>/s/ Mark J. Nomellini
>Mark J. Nomellini

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEMORYLINK CORP., a Wisconsin corporation, | : : : | |
| Plaintiff, | : : | **CASE NO: 08CV3301** |
| v. | : : : | Judge Hibbler Magistrate Judge Nolan |
| MOTOROLA, INC. a Delaware corporation, | : : : | |
| Defendant. | : | |

**ORDER EXTENDING DEFENDANT MOTOROLA, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court hereby orders that defendant Motorola, Inc. shall have until August 1, 2008 to respond to plaintiff's Complaint.

So Ordered:  _____
William A. Hibbler,
District Judge, United States District Court
for the Northern District of Illinois