IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEMORYLINK CORP., a Wisconsin corporation, | : : : | |
| Plaintiff, | : : | **CASE NO: 08 CV 3301** |
| v. | : : : | Judge Hibbler<br>Magistrate Judge Nolan |
| MOTOROLA, INC. a Delaware corporation, | : : : | |
| Defendant. | : | |

## NOTICE OF UNOPPOSED MOTION

TO:    Michael J. Femal
       Richard Kessler
       Peter Berk
       McDonald Hopkins LLC
       640 N. LaSalle Street
       Suite 590
       Chicago, IL 60610

　　　PLEASE TAKE NOTICE that on the 26th day of June, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William Hibbler in the room usually occupied by him as a courtroom in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any judge sitting in his stead, and then and there present Motorola, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, a copy of which has been served upon you.

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark J. Nomellini
　　　　　　　　　　　　　　　　　　　　　　Mark J. Nomellini (#6243579)

Mark J. Nomellini (#6243579)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
312-861-2000

## **CERTIFICATE OF SERVICE**

        The undersigned certifies that the foregoing Notice of Motion for Unopposed Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint was served upon the following attorneys of record by electronic mail and United States mail with postage prepaid on June 23, 2008:

> Michael J. Femal
> Richard Kessler
> Peter Berk
> McDonald Hopkins LLC
> 640 N. LaSalle Street
> Suite 590
> Chicago, IL 60610

> /s/ Mark J. Nomellini
> Mark J. Nomellini