IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEMORYLINK CORP., a Wisconsin corporation, | : : : | |
| Plaintiff, | : : | **CASE NO: 08 CV 3301** |
| v. | : : : | Judge Hibbler  Magistrate Judge Nolan |
| MOTOROLA, INC. a Delaware corporation, | : : : | |
| Defendant. | : | |

**JOINT MOTION TO PERMIT PARTIES TO SUBMIT OVERLENGTH MEMORANDA IN SUPPORT OF AND IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule 7.1, Plaintiff Memorylink Corp. ("Memorylink") and Defendant Motorola, Inc. ("Motorola") request permission to file overlength memoranda in support of and in opposition to Motorola's Motion to Dismiss, and in support thereof state:

1. Memorylink filed its "Complaint for Inventorship Correction and for Patent Infringement" on June 9, 2008. The Complaint is 47 pages long and contains 307 paragraphs and 20 Counts.

2. In order to adequately respond to these allegations, Motorola seeks permission to file an opening brief in support of its motion to dismiss not to exceed 25 pages.[1] In

---

[1] On June 26, 2008, the Court ordered that Motorola's response to the Complaint is due August 1, 2008.

order to adequately respond to Motorola's motion, Memorylink seeks permission to file a response brief not to exceed 25 pages.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request that the Court enter an order (i) granting Motorola leave to file an opening memorandum in support of its motion to dismiss not to exceed 25 pages; and (ii) granting Memorylink leave to file a response brief not to exceed 25 pages. In accordance with Judge Hibbler's Case Management Procedures, a proposed agreed order will be sent via e-mail to Proposed_Order_Hibbler@ilnd.uscourts.gov.

Dated: July 14, 2008

Respectfully submitted,

/s/ Mark J. Nomellini_____
 Mark J. Nomellini (#6243579)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  312-861-2000
Fax:  312-861-2200

Attorneys for Defendant
Motorola, Inc.

/s/ Peter Berk_____
Michael J. Femal (#0792012)
Richard Kessler (#6183140)
Peter Berk (#6242515)
McDonald Hopkins LLC
640 N. LaSalle Street
Suite 590
Chicago, IL 60610

Attorneys for Plaintiff Memorylink Corp.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing JOINT MOTION TO PERMIT PARTIES TO SUBMIT OVERLENGTH MEMORANDA IN SUPPORT OF AND IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS was served upon the following attorneys of record by electronic mail and United States mail with postage prepaid on July 14, 2008:

          Michael J. Femal
          Richard Kessler
          Peter Berk
          McDonald Hopkins LLC
          640 N. LaSalle Street
          Suite 590
          Chicago, IL 60610

          /s/ Mark J. Nomellini_____