IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEMORYLINK CORP.,<br>a Wisconsin corporation, | :<br>:<br>: | |
| Plaintiff, | :<br>: | **CASE NO: 08 CV 3301** |
| v. | :<br>: | Judge Hibbler |
| | : | Magistrate Judge Nolan |
| MOTOROLA, INC.<br>a Delaware corporation, | :<br>:<br>: | |
| Defendant. | : | |

## NOTICE OF JOINT MOTION

TO:   Michael J. Femal
      Richard Kessler
      Peter Berk
      McDonald Hopkins LLC
      640 N. LaSalle Street
      Suite 590
      Chicago, IL 60610

    PLEASE TAKE NOTICE that on the 17th day of July, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William Hibbler in the room usually occupied by him as a courtroom in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any judge sitting in his stead, and then and there present the parties' JOINT MOTION TO PERMIT PARTIES TO SUBMIT OVERLENGTH MEMORANDA IN SUPPORT OF AND IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, a copy of which has been served upon you.

                                                      /s/ Marc J. Nomellini
                                                      Mark J. Nomellini (#6243579)

Mark J. Nomellini (#6243579)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
312-861-2000