# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MEMORYLINK CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-3301 |
| | ) | |
| vs. | ) | The Honorable William J. Hibbler |
| | ) | United States District Judge |
| MOTOROLA, INC., | ) | |
| | ) | The Honorable Nan R. Nolan |
| Defendant. | ) | United States Magistrate Judge |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on the 7th day of August, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William J. Hibbler in the room usually occupied by him as a courtroom in the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago Illinois, or in his absence, before any judge sitting in his stead, and then and there present MOTOROLA, INC.'S MOTION TO DISMISS and the MEMORANDUM IN SUPPORT OF MOTOROLA, INC.'S MOTION TO DISMISS, copies of which are hereby served upon you.

August 1, 2008

Respectfully submitted,

/s/ Anne M. Sidrys, P.C.
Anne M. Sidrys, P.C. (6209457)
Mark J. Nomellini (6243579)
Nyika O. Strickland (6275717)
Jess Krannich (6286635)
KIRKLAND & ELLIS LLP
(Firm No. 90443)
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Attorneys for Defendant Motorola, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Anne M. Sidrys, hereby certify that on August 1, 2008, I caused a copy of the foregoing, NOTICE OF MOTION to be served via the court's CM/ECF System.

I also certify that I caused the foregoing to be served via First Class Mail, postage prepaid, on the following counsel of record:

Michael J. Femal
Richard Kessler
Peter Berk
MCDONALD HOPKINS LLC
640 N. LaSalle Street
Suite 590
Chicago, IL 60610

/s/ Anne M. Sidrys, P.C.
Anne M. Sidrys, P.C. (6209457)
KIRKLAND & ELLIS LLP
(Firm No. 90443)
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Attorney for Defendant Motorola, Inc.*