IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEMORYLINK CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 08-cv-3301 |
| ) | |
| vs. ) | The Honorable William J. Hibbler |
| ) | United States District Judge |
| MOTOROLA, INC., ) | |
| ) | The Honorable Nan R. Nolan |
| Defendant. ) | United States Magistrate Judge |

**MOTOROLA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendant Motorola, Inc. states that it does not have a parent company and that no publicly held corporation owns 5% or more of its stock.

August 1, 2008

Respectfully submitted,

/s/ Anne M. Sidrys, P.C.
Anne M. Sidrys, P.C. (6209457)
Mark J. Nomellini (6243579)
Nyika O. Strickland (6275717)
Jess Krannich (6286635)
KIRKLAND & ELLIS LLP
(Firm No. 90443)
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Attorneys for Defendant Motorola, Inc.*

**CERTIFICATE OF SERVICE**

        I, Anne M. Sidrys, hereby certify that on August 1, 2008, I caused a copy of the foregoing, MOTOROLA, INC.'S CORPORATE DISCLOSURE STATEMENT to be served via the court's CM/ECF System.

        I also certify that I caused the foregoing to be served via First Class Mail, postage prepaid, on the following counsel of record:

Michael J. Femal<br>
Richard Kessler<br>
Peter Berk<br>
MCDONALD HOPKINS LLC<br>
640 N. LaSalle Street<br>
Suite 590<br>
Chicago, IL 60610

/s/ Anne M. Sidrys, P.C.
Anne M. Sidrys, P.C. (6209457)
KIRKLAND & ELLIS LLP
(Firm No. 90443)
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*Attorney for Defendant Motorola, Inc.*