# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Memorylink Corp.
                Plaintiff,

v.                                      Case No.: 1:08–cv–03301
                                          Honorable William J. Hibbler

Motorola, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 8/7/2008 regarding motion to dismiss [21]. Defendant's Motion to dismiss [21] is taken under advisement. Plaintiff to respond by 9/15/2008. Defendant to reply by 10/14/2008. Status hearing reset to 9/24/2008 at 09:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.