IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEMORYLINK CORP., a Wisconsin Corporation, ) ) Plaintiffs, ) ) v. ) ) MOTOROLA, INC., ) a Delaware corporation, ) ) Defendant. ) | Case No.: 08 C 3301 <br><br> **DEMAND FOR JURY TRIAL** |

## MEMORYLINK'S ADDITIONAL COUNT XXI PURSUANT TO THE COURT'S ORDER DATED OCTOBER 15, 2009

Plaintiff MEMORYLINK CORP., by its attorneys, McDONALD HOPKINS LLC, as and for its additional Count XXI to its Complaint pursuant to the Court's order dated October 15, 2009, against Defendant MOTOROLA, INC., states as follows:

## COUNT XXI
## BREACH OF CONTRACT

308. Memorylink realleges Paragraphs 1 through 151 of the Complaint as and for this paragraph 308.

309. As determined by the Court, the First MOU (Exhibit 3) is a valid and binding contract.

310. Memorylink performed all of its obligations and duties under the First MOU.

311. As determined by the Court, the two August 27, 2001 Memoranda of Understanding (Exhibits 13 and 14) are valid and binding contracts.

312. Memorylink performed all of its obligations and duties under the two August 27, 2001 Memoranda of Understanding.

313. As determined by the Court, the Fourth MOU (Exhibit 16) is a valid and binding contract.

314. Memorylink performed all of its obligations and duties under the Fourth MOU.

315. The Memoranda of Understanding each provide, among other things, that each party would retain rights to its own technology.

316. In violation of the Memoranda of Understanding, Motorola overreached and obtained intellectual property rights by claiming joint ownership of Memorylink's technology covered by the Known Patent.

317. In violation of the Memoranda of Understanding, Motorola obtained sole ownership of Memorylink's technology covered by the Secret Patent.

318. In violation of the Memoranda of Understanding, Motorola used Memorylink's proprietary technology in Motorola devices and applications, such as Motorola's "Other Eyes" miniature camera, without the permission of, knowledge of, or remuneration to Memorylink

319. Motorola thus breached the Memoranda of Understanding.

320. As a direct and proximate result of this breach, Memorylink has been damaged and will continue to be damaged.

WHEREFORE, Memorylink asks this Court to enter judgment in its favor against Motorola, Inc., granting the following relief in addition to the relief sought in the Complaint:

V. Award Memorylink all of its damages caused by Motorola's breach of the Memoranda of Understanding; and

W. Award Memorylink such other and further relief as this Court deems just and proper.

>Respectfully Submitted,
>
>Memorylink Corporation
>
>By: /s/ Michael J. Femal
>One of its Attorneys

**ATTORNEYS FOR PLAINTIFF**
McDONALD HOPKINS LLC
MICHAEL J. FEMAL - Attorney No. 0792012
RICHARD KESSLER - Attorney No. 6183140
PETER T. BERK - Attorney No 6242515
640 North LaSalle Street, Suite 590
Chicago, Illinois 60654
Ph: (312) 280-0111

# CERTIFICATE OF SERVICE

I, Michael J. Femal, an attorney, hereby certify that on October 29, 2009, I electronically filed **MEMORYLINK'S ADDITIONAL COUNT XXI PURSUANT TO THE COURT'S ORDER DATED OCTOBER 15, 2009**, with the clerk of the Court using the Electronic Case Filing system which will send notification of such filing to the interested parties listed below:

Anne J. Sidrys
Kirkland & Ellis LLP (Chicago)
300 N. LaSalle
Chicago, IL 60654
312.862.2000
Email: anne.sidrys@kirkland.com

Mark J. Nomellini
Kirkland & Ellis LLP (Chicago)
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
Email: mark.nomellini@kirkland.com

Jess M. Krannich
Kirkland & Ellis LLP (Chicago)
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
Email: jess.krannich@kirkland.com

Joel R. Merkin
Kirkland & Ellis LLP (Chicago)
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
Email: joel.merkin@kirkland.com

Nyika Onyesi Strickland
Kirkland & Ellis LLP (Chicago)
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
Email: nyika.strickland@kirkland.com


/s/ Michael J. Femal