# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Memorylink Corp.
                    Plaintiff,

v.                                    Case No.: 1:08–cv–03301
                                      Honorable William J. Hibbler

Motorola Solutions, Inc, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 18,2013:

    MINUTE entry before Honorable John J. Tharp, Jr: Status hearing held. Plaintiff is granted leave to file a motion to seek interlocutory appeal to be noticed for presentment, or to file an agreed motion to dismiss the case without prejudice, by 10/9/1 3. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.