IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MEMORYLINK CORPORATION

       Plaintiff,

  v.

MOTOROLA SOLUTIONS, INC. and
MOTOROLA MOBILITY, INC.

       Defendants.

Case No. 08 C 3301

Judge John J. Tharp, Jr.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered:

    in favor of    defendants Motorola Solutions, Inc. and Motorola Mobility, Inc.;
    and against    plaintiff Memorylink Corporation.

---

This action was:

    decided by Judge John J. Tharp, Jr. on a motion for summary judgment, as to Counts III-VI, XXI-XXVI [Dkt. 357], and by Judge William J. Hibbler on a motion to dismiss, as to Counts II, VII-XX [Dkt. 59]. Final judgment is entered on COunts II-XXVI pursuant to Rule 54(b) upon determination by Judge Tharp [Dkt. 365] that the rulings are final and there is no just cause for delay.

Date: 12/3/2013                              Thomas G. Bruton, Clerk of Court

                                                    Alberta Rone, Deputy Clerk