# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MEMORYLINK CORP., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY, INC., and MOTOROLA SOLUTIONS, INC. <br><br> Defendants. | Case No. 08 CV 3301 |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that Plaintiff Memorylink Corp., hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on December 3, 2013 (Docket No. 366), Memorandum Opinion and Order entered in this action on August 15, 2013 (Docket No. 357), the Order entered on April 7 , 2010 (Docket No. 116), the Memorandum Opinion and Order entered in this action on October 15, 2009 (Docket No. 89), and the Memorandum Opinion and Order entered in this action on February 23, 2009 (Docket No. 59), and from all interlocutory judgments and orders that have been rendered final as a result of the Judgment entered on December 3, 2013, or that have merged into that Judgment. The fees required under Federal Rule of Appellate Procedure 3(e) will be remitted to the Clerk of Courts for the United States District Court for the Northern District of Illinois.

Respectfully submitted,

  /s/ Peter T. Berk
Richard N. Kessler
Peter T. Berk
McDONALD HOPKINS LLC
300 N. LaSalle, Suite 2100
Chicago, IL 60654
312-280-0111
*Counsel for Plaintiff Memorylink Corporation*

# **CERTIFICATE OF SERVICE**

I, Peter T. Berk, an attorney, hereby certify that on December 27, 2013, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing System and in compliance with the General Order on Electronic Case Filing, Section III(B)(1). Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

/s/Peter T. Berk

{4617860:}